**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-20311-ERW |
| | § | |
| JACK J. CAMILIERE | § | |
| CARLA L. CAMILIERE | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/18/2012. The undersigned trustee was appointed on 05/18/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $7,181.16

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $75.13 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,106.03 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/14/2013 and the deadline for filing government claims was 05/14/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,468.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,468.12, for a total compensation of $1,468.12[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1,070.20, for total expenses of $1,070.20.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/12/2013        By:   /s/ David P. Leibowitz
                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

Page No: 1

Case 12-20311    Doc 51    Filed 11/12/13    Entered 11/12/13 10:58:30    Desc Main
Document      Page 3 of 9      Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-20311-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | Date Filed (f) or Converted (c): | 05/18/2012 (f) |
| | | §341(a) Meeting Date: | 07/19/2012 |
| For the Period Ending: | 11/12/2013 | Claims Bar Date: | 05/14/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 909 Paddock Drive Carol Stream, IL 60188 | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | Summer Bay Timeshare 25 Town Center Blvd. (C) Clermont, FL 34714 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on hand | $200.00 | $0.00 | | $0.00 | FA |
| 4 | U S Bank - $200.00 BFA 47.00 Chase 500.00 | $747.00 | $0.00 | | $0.00 | FA |
| 5 | Couch, TV, Ipod, Kitchen Table & Chairs, Bed, Dressers, PC, Shelves, Lamps, Linens, Kitchenware | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 6 | Novels, Home Pictures, Collectibles | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Normal Wearing Apparel | $600.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding Bands | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Life Insurance | $3,500.00 | $0.00 | | $0.00 | FA |
| 10 | Vanguard account # ending 090448 | $131,272.65 | $131,272.65 | | $0.00 | FA |
| 11 | Merrill Lynch account # ending 11Y91 | $30,002.74 | $30,002.74 | | $0.00 | FA |
| 12 | Merrill Lynch account # ending 30452 | $16,132.92 | $16,132.92 | | $0.00 | FA |
| 13 | Chase IRA account # ending 69388 | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Merrill Lynch | $14,035.74 | $7,982.74 | | $7,181.16 | FA |
| 15 | 2000 Lexus | $1,000.00 | $0.00 | | $0.00 | FA |
| 16 | 2007 Mercedes-Benz | $30,000.00 | $0.00 | OA | $0.00 | FA |
| 17 | 2005 Taurus | $2,500.00 | $0.00 | | $0.00 | FA |
| 18 | Steno Machine/PC | $500.00 | $0.00 | | $0.00 | FA |
| 19 | Carla L Camiliere v Sridhar Esturi and Sumana Satyanarayana | $0.00 | $15,000.00 | | $0.00 | FA |

**Asset Notes:**    Pending claim.

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $483,041.05 | $201,891.05 | | $7,181.16 | $0.00 |

**Major Activities affecting case closing:**

02/08/2013    Debtors paid non exempt portion of Merrill Lynch Account of $7181.00.

Personal Injury Claim pending

Was not able to sell Mercedes

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 12-20311-ERW | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | | **Date Filed (f) or Converted (c):** | | 05/18/2012 (f) |
| **For the Period Ending:** | 11/12/2013 | | **§341(a) Meeting Date:** | | 07/19/2012 |
| | | | **Claims Bar Date:** | | 05/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 03/21/2013 | Review Claims and Prepare TFR |
| 06/17/2013 | Negligence lawsuit pending. |
| | Carla L. Camiliere v. Sridhar Esturi and Sumana Satyanarayana Case No. 2012 L 1953 |
| | In discovery stage |
| | Sean M Houlihan |
| | Power Rogers & Smith |
| | 70 W. Madison Street, Suite 5500 |
| | Chicago, IL 60602 |
| 06/17/2013 | You can abandon asset. It is a small injury – likely recovery less than $20,000 and well under $15,000 after attorneys' fees. |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/20/2014 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 12-20311-ERW | |
| **Case Name:** | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | |
| **Primary Taxpayer ID #:** | **-***8041 | |
| **Co-Debtor Taxpayer ID #:** | **-***8042 | |
| **For Period Beginning:** | 5/18/2012 | |
| **For Period Ending:** | 11/12/2013 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2013 | (14) | JACK CAMILIERE | Payment RE: estate's interest in Debtors' brokerage account. | 1129-000 | $7,181.16 | | $7,181.16 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $7,175.18 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.57 | $7,163.61 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.18 | $7,152.43 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.28 | $7,140.15 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.40 | $7,129.75 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.50 | $7,118.25 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.22 | $7,106.03 |
| | | | **TOTALS:** | | $7,181.16 | $75.13 | $7,106.03 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,181.16 | $75.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,181.16 | $75.13 | |

| For the period of 5/18/2012 to 11/12/2013 | | For the entire history of the account between 02/08/2013 to 11/12/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,181.16 | Total Compensable Receipts: | $7,181.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,181.16 | Total Comp/Non Comp Receipts: | $7,181.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $75.13 | Total Compensable Disbursements: | $75.13 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.13 | Total Comp/Non Comp Disbursements: | $75.13 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Exhibit B

| | | |
|---|---|---|
| **Case No.** | 12-20311-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***8041 | **Checking Acct #:** ******1101 |
| **Co-Debtor Taxpayer ID #:** | **-***8042 | **Account Title:** |
| **For Period Beginning:** | 5/18/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 11/12/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,181.16 | $75.13 | $7,106.03 |

**For the period of 5/18/2012 to 11/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $7,181.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,181.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/18/2012 to 11/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $7,181.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,181.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.13 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      12-20311-ERW
Case Name:     JACK J. CAMILIERE
               CARLA L. CAMILIERE
Trustee Name:  David P. Leibowitz

                                            Balance on hand:         $7,106.03


Claims of secured creditors will be paid as follows: NONE


                                   Total to be paid to secured creditors:    $0.00
                                                      Remaining balance:  $7,106.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,468.12 | $0.00 | $1,468.12 |
| David P. Leibowitz, Trustee Expenses | $1,070.20 | $0.00 | $1,070.20 |
| Lakelaw, Attorney for Trustee Fees | $2,600.00 | $0.00 | $2,600.00 |
| Lakelaw, Attorney for Trustee Expenses | $37.69 | $0.00 | $37.69 |


                   Total to be paid for chapter 7 administrative expenses:  $5,176.01
                                                       Remaining balance:   $1,930.02

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE


                   Total to be paid to prior chapter administrative expenses:    $0.00
                                                          Remaining balance:  $1,930.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE


                                    Total to be paid to priority claims:    $0.00


**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $1,930.02 |
|---|---:|---:|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,316.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $2,751.31 | $0.00 | $187.52 |
| 2 | Nordstrom fsb | $740.87 | $0.00 | $50.50 |
| 3 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | $525.38 | $0.00 | $35.81 |
| 4 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | $10,018.21 | $0.00 | $682.82 |
| 5 | US BANK N.A. | $500.00 | $0.00 | $34.08 |
| 6 | Capital Recovery V, LLC/ GE Capital Retail Bank | $1,558.50 | $0.00 | $106.22 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $5,954.28 | $0.00 | $405.83 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. | $258.62 | $0.00 | $17.63 |
| 9 | Portfolio Recovery Assoc., LLC successor to US Bk Nat'l Assoc. | $2,196.45 | $0.00 | $149.71 |
| 10 | Portfolio Recovery Assoc., LLC successor to US Bk Nat'l Assoc. | $3,813.20 | $0.00 | $259.90 |

|  | Total to be paid to timely general unsecured claims: | $1,930.02 |
|---|---:|---:|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**