## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-20311-ERW |
| | § | |
| JACK J. CAMILIERE | § | |
| CARLA L. CAMILIERE | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 12/04/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/12/2013                By:  /s/ David P. Leibowitz
                                                (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                             §    Case No. 12-20311-ERW
                                   §
JACK J. CAMILIERE                  §
CARLA L. CAMILIERE                 §
                                   §
                                   §
         Debtor(s)                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $7,181.16
*and approved disbursements of*     $75.13
*leaving a balance on hand of[1]:*     $7,106.03


Claims of secured creditors will be paid as follows: NONE


Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,106.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,468.12 | $0.00 | $1,468.12 |
| David P. Leibowitz, Trustee Expenses | $1,070.20 | $0.00 | $1,070.20 |
| Lakelaw, Attorney for Trustee Fees | $2,600.00 | $0.00 | $2,600.00 |
| Lakelaw, Attorney for Trustee Expenses | $37.69 | $0.00 | $37.69 |


Total to be paid for chapter 7 administrative expenses:     $5,176.01
Remaining balance:     $1,930.02

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE


Total to be paid to prior chapter administrative expenses:     $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Remaining balance: $1,930.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $1,930.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,316.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Discover Bank | $2,751.31 | $0.00 | $187.52 |
| 2 | Nordstrom fsb | $740.87 | $0.00 | $50.50 |
| 3 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | $525.38 | $0.00 | $35.81 |
| 4 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | $10,018.21 | $0.00 | $682.82 |
| 5 | US BANK N.A. | $500.00 | $0.00 | $34.08 |
| 6 | Capital Recovery V, LLC/ GE Capital Retail Bank | $1,558.50 | $0.00 | $106.22 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $5,954.28 | $0.00 | $405.83 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. | $258.62 | $0.00 | $17.63 |
| 9 | Portfolio Recovery Assoc., LLC successor to US Bk Nat'l Assoc. | $2,196.45 | $0.00 | $149.71 |
| 10 | Portfolio Recovery Assoc., LLC successor to US Bk Nat'l Assoc. | $3,813.20 | $0.00 | $259.90 |

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,930.02 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-20311-ERW
Jack J. Camiliere                                               Chapter 7
Carla L. Camiliere
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe                Page 1 of 2              Date Rcvd: Nov 13, 2013
                              Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
```
db/jdb       +Jack J. Camiliere,    Carla L. Camiliere,   420 East Ohio Street,   N. 12G,
               Chicago, IL 60611-3390
18927367     +Bank of America,    Attention: Bankruptcy,   P.O. Box 650070,   Dallas, TX 75265-0070
18927368     #Bank of America,    Attention: Bankruptcy,   P.O. Box 15026,    Wilmington, DE 19850-5026
18927370      Chase,   Cardmember Service-Bankruptcy,    P. O. Box 15153,   Wilmington, DE 19886-5153
18927375     +Citibank,   P.O. Box 688904,    Des Moines, IA 50368
18927376      Citibank,   Citi Cards,    P. O. Box 6403,   The Lakes, NV 88901-6403
20243082      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
18927379     +Flood Brothers,    6501 Solution Center,   Chicago, IL 60677-6005
18927381      HSBC (Carsons),    P.O. Box 17051,   Baltimore, MD 21297-1051
18927382     +HSBC Bank Nevada,   Best Buy Co,    PO Box 9312,   Minneapolis, MN 55440-9312
18927383    ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    100 West Randolph Street,
               Bankruptcy Division,    Chicago, IL 60601)
18927388    ++MERCEDES BENZ FINANCIAL SERVICES,    13650 HERITAGE PARKWAY,   FORT WORTH TX 76177-5323
             (address filed with court: Mercedes-Benz,   P.. Box 17496,    Baltimore, MD 21297)
18927385      Macy’s,   P. O. Box 689195,    Des Moines, IA 50368-9195
18927387     +Maria Jones,    101 Country Club,   New Orleans, LA 70124-1143
19052004      Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,   PO Box 131265,
               Roseville, MN 55113-0011
18927390      PNC Bank,   PO Box 5570,    Cleveland, OH 44101-0570
20477507      Portfolio Recovery Assoc., LLC,    successor to US Bk Nat’l Assoc.,   (US Bank) by PRA,
               Receivables Mgmt LLC, agent.,    PO Box 41067, Norfolk, VA 23541
18927391     +Residential Lease,    420 East Ohio Street,   No. 12G,   Chicago, IL 60611-3390
18927392     +Summer Bay Timeshare,    25 Town Center Blvd. (C),   Clermont, FL 34714-4836
18927393    ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   P. O. Box 790408,   Saint Louis, MO 63179-0408)
18927395     +Village of Carol Stream,    Water Department,   500 North Gary,   Carol Stream, IL 60188-1811
20459539      eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,   POB 29262,
               New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20416080      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 04:32:54     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
18927377      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2013 04:33:02     Discover,   P. O. Box 15251,
               Wilmington, DE 19886-5251
20039095      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2013 04:33:02     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
18927378     +E-mail/Text: collector@dupageco.org Nov 14 2013 04:15:21     DuPage County Collector,
               P.O. Box 4203,   Carol Stream, IL 60197-4203
20382266      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 04:32:53     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18927380     +E-mail/PDF: gecsedi@recoverycorp.com Nov 14 2013 04:32:46     GE Money,   PO Box 530913,
               Atlanta, GA 30353-0913
18927384      E-mail/Text: cio.bncmail@irs.gov Nov 14 2013 04:15:04     Internal Revenue Service,
               Mail Stop 5010 CHI,   230 South Dearborn Street,   Chicago, IL 60604
18927389      E-mail/Text: bnc@nordstrom.com Nov 14 2013 04:14:59     Nordstrom,   P. O. Box 6587,
               Englewood, CO 80155-6587
20048647     +E-mail/Text: bnc@nordstrom.com Nov 14 2013 04:14:59     Nordstrom fsb,   P.O. Box 6566,
               Englewood, CO 80155-6566
20460234     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2013 04:32:21
               PYOD, LLC its successors and assigns as assignee,   of Citibank (South Dakota), N.A.,
               Resurgent Capital Services,   PO Box 9008,   Greenville, SC 29602-9008
20416081      E-mail/PDF: rmscedi@recoverycorp.com Nov 14 2013 04:38:45
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 11
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty             Lakelaw
18927369*       Bank of America,    Attention: Bankruptcy,   P.O. Box 15026,    Wilmington, DE 19850-5026
18927372*       Chase,   Cardmember Service-Bankruptcy,    P. O. Box 15153,   Wilmington, DE 19886-5153
18927373*       Chase,   Cardmember Service-Bankruptcy,    P. O. Box 15153,   Wilmington, DE 19886-5153
18927374*       Chase,   Cardmember Service-Bankruptcy,    P. O. Box 15153,   Wilmington, DE 19886-5153
18927371*       Chase,   Cardmember Service-Bankruptcy,    P. O. Box 15153,   Wilmington, DE 19886-5153
18927386*       Macy’s,   P. O. Box 689195,    Des Moines, IA 50368-9195
18927394*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,   P. O. Box 790408,   Saint Louis, MO 63179-0408)
20302081*      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,   BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
                                                                                   TOTALS: 1, * 8, ## 0
```

```
District/off: 0752-1          User: vrowe               Page 2 of 2            Date Rcvd: Nov 13, 2013
                              Form ID: pdf006           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
              David J Frankel    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA
               LLC dfrankel@sormanfrankel.com,   bbehanna@sormanfrankel.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Gina B Krol, ESQ    on behalf of Debtor Jack J. Camiliere gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Joint Debtor Carla L. Camiliere gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor    Specialized Loan Servicing, LLC Courts@tmlong.com
                                                                                             TOTAL: 7