UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 12-20311-ERW
§
JACK J. CAMILIERE §
CARLA L. CAMILIERE §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $466,891.05 | Assets Exempt: | $31,150.00 |
| Total Distributions to Claimants: | $1,930.02 | Claims Discharged Without Payment: | $73,845.47 |
| Total Expenses of Administration: | $5,251.14 | | |

3) Total gross receipts of $7,181.16 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,181.16 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $355,285.93 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $8,012.14 | $5,251.14 | $5,251.14 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $6,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $71,290.52 | $28,316.82 | $28,316.82 | $1,930.02 |
| **Total Disbursements** | $432,576.45 | $36,328.96 | $33,567.96 | $7,181.16 |

4). This case was originally filed under chapter 7 on 05/18/2012. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/15/2014            By:   /s/ David P. Leibowitz
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Merrill Lynch | 1129-000 | $7,181.16 |
| **TOTAL GROSS RECEIPTS** | | **$7,181.16** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | $270,033.84 | NA | $0.00 | $0.00 |
| | DuPage County Collector | 4700-000 | $4,161.09 | NA | $0.00 | $0.00 |
| | Mercedes-Benz | 4210-000 | $37,550.00 | NA | $0.00 | $0.00 |
| | PNC Bank | 4110-000 | $42,000.00 | NA | $0.00 | $0.00 |
| | Summer Bay Timeshare | 4110-000 | $1,541.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$355,285.93** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,468.12 | $1,468.12 | $1,468.12 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1,070.20 | $1,070.20 | $1,070.20 |
| Green Bank | 2600-000 | NA | $75.13 | $75.13 | $75.13 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,361.00 | $2,600.00 | $2,600.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $37.69 | $37.69 | $37.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$8,012.14** | **$5,251.14** | **$5,251.14** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | $4,000.00 | NA | NA | $0.00 |
| | INTERNAL REVENUE SERVICE | 5800-000 | $2,000.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$6,000.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $2,773.48 | $2,751.31 | $2,751.31 | $187.52 |
| 2 | Nordstrom fsb | 7100-900 | $694.54 | $740.87 | $740.87 | $50.50 |
| 3 | FIA CARD SERVICES, N.A.as successor in interest to Bank of America | 7100-900 | $953.00 | $525.38 | $525.38 | $35.81 |
| 4 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America | 7100-000 | $10,162.83 | $10,018.21 | $10,018.21 | $682.82 |
| 5 | US BANK N.A. | 7100-000 | NA | $500.00 | $500.00 | $34.08 |
| 6 | Capital Recovery V, LLC/ GE Capital Retail Bank | 7100-000 | $1,500.00 | $1,558.50 | $1,558.50 | $106.22 |
| 7 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $6,481.00 | $5,954.28 | $5,954.28 | $405.83 |
| 8 | PYOD, LLC its successors and assigns as assignee of Citibank (South Dakota), N.A. | 7100-900 | $1,000.00 | $258.62 | $258.62 | $17.63 |
| 9 | Portfolio Recovery Assoc., LLC successor to US Bk Nat'l Assoc. | 7100-900 | $2,300.00 | $2,196.45 | $2,196.45 | $149.71 |
| 10 | Portfolio Recovery Assoc., LLC successor to US Bk Nat'l Assoc. | 7100-900 | $3,967.00 | $3,813.20 | $3,813.20 | $259.90 |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | Chase | 7100-000 | $6,604.13 | NA | NA | $0.00 |
| | Chase | 7100-000 | $3,742.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $6,264.28 | NA | NA | $0.00 |
| | Chase | 7100-000 | $3,808.23 | NA | NA | $0.00 |
| | Citibank | 7100-000 | $7,582.19 | NA | NA | $0.00 |
| | Flood Brothers | 7100-000 | $71.20 | NA | NA | $0.00 |
| | HSBC (Carsons) | 7100-000 | $492.57 | NA | NA | $0.00 |
| | HSBC Bank Nevada | 7100-000 | $568.11 | NA | NA | $0.00 |
| | Macy's | 7100-000 | $2,024.58 | NA | NA | $0.00 |
| | Macy's | 7100-000 | $180.00 | NA | NA | $0.00 |
| | Maria Jones | 7100-000 | $10,000.00 | NA | NA | $0.00 |
| | Village of Carol Stream | 7100-000 | $121.38 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $71,290.52 | $28,316.82 | $28,316.82 | $1,930.02 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-20311-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | Date Filed (f) or Converted (c): | 05/18/2012 (f) |
| For the Period Ending: | 1/15/2014 | §341(a) Meeting Date: | 07/19/2012 |
| | | Claims Bar Date: | 05/14/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 909 Paddock Drive Carol Stream, IL 60188 | $250,000.00 | $0.00 | | $0.00 | FA |
| 2 | Summer Bay Timeshare 25 Town Center Blvd. (C) Clermont, FL 34714 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Cash on hand | $200.00 | $0.00 | | $0.00 | FA |
| 4 | U S Bank - $200.00 BFA 47.00 Chase 500.00 | $747.00 | $0.00 | | $0.00 | FA |
| 5 | Couch, TV, Ipod, Kitchen Table & Chairs, Bed, Dressers, PC, Shelves, Lamps, Linens, Kitchenware | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 6 | Novels, Home Pictures, Collectibles | $50.00 | $0.00 | | $0.00 | FA |
| 7 | Normal Wearing Apparel | $600.00 | $0.00 | | $0.00 | FA |
| 8 | Wedding Bands | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Life Insurance | $3,500.00 | $0.00 | | $0.00 | FA |
| 10 | Vanguard account # ending 090448 | $131,272.65 | $131,272.65 | | $0.00 | FA |
| 11 | Merrill Lynch account # ending 11Y91 | $30,002.74 | $30,002.74 | | $0.00 | FA |
| 12 | Merrill Lynch account # ending 30452 | $16,132.92 | $16,132.92 | | $0.00 | FA |
| 13 | Chase IRA account # ending 69388 | $0.00 | $0.00 | | $0.00 | FA |
| 14 | Merrill Lynch | $14,035.74 | $7,982.74 | | $7,181.16 | FA |
| 15 | 2000 Lexus | $1,000.00 | $0.00 | | $0.00 | FA |
| 16 | 2007 Mercedes-Benz | $30,000.00 | $0.00 | OA | $0.00 | FA |
| 17 | 2005 Taurus | $2,500.00 | $0.00 | | $0.00 | FA |
| 18 | Steno Machine/PC | $500.00 | $0.00 | | $0.00 | FA |
| 19 | Carla L Camiliere v Sridhar Esturi and Sumana Satyanarayana | $0.00 | $15,000.00 | | $0.00 | FA |

**Asset Notes:** Pending claim.

**TOTALS (Excluding unknown value)** | | $483,041.05 | $201,891.05 | | $7,181.16 | **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

02/08/2013     Debtors paid non exempt portion of Merrill Lynch Account of $7181.00.

Personal Injury Claim pending

Was not able to sell Mercedes

**FORM 1**

Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

Exhibit 8

**ASSET CASES**

| Case No.: | 12-20311-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | Date Filed (f) or Converted (c): | 05/18/2012 (f) |
| For the Period Ending: | 1/15/2014 | §341(a) Meeting Date: | 07/19/2012 |
| | | Claims Bar Date: | 05/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | | |
|---|---|---|
| 03/21/2013 | Review Claims and Prepare TFR | |
| 06/17/2013 | Negligence lawsuit pending. | |
| | Carla L. Camiliere v. Sridhar Esturi and Sumana Satyanarayana Case No. 2012 L 1953 | |
| | In discovery stage | |
| | Sean M Houlihan | |
| | Power Rogers & Smith | |
| | 70 W. Madison Street, Suite 5500 | |
| | Chicago, IL 60602 | |
| 06/17/2013 | You can abandon asset.  It is a small injury – likely recovery less than $20,000 and well under $15,000 after attorneys' fees. | |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 06/20/2014 | | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 12-20311-ERW |
| **Case Name:** | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. |
| **Primary Taxpayer ID #:** | **-***8041 |
| **Co-Debtor Taxpayer ID #:** | **-***8042 |
| **For Period Beginning:** | 5/18/2012 |
| **For Period Ending:** | 1/15/2014 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1101 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/08/2013 | (14) | JACK CAMILIERE | Payment RE: estate's interest in Debtors' brokerage account. | 1129-000 | $7,181.16 | | $7,181.16 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $5.98 | $7,175.18 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.57 | $7,163.61 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.18 | $7,152.43 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.28 | $7,140.15 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $10.40 | $7,129.75 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $11.50 | $7,118.25 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.22 | $7,106.03 |
| 12/04/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,468.12 | $5,637.91 |
| 12/04/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1,070.20 | $4,567.71 |
| 12/04/2013 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 5,361.00; Amount Allowed: 2,600.00; Distribution Dividend: 100.00; | 3110-000 | | $2,600.00 | $1,967.71 |
| 12/04/2013 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 37.69; Amount Allowed: 37.69; Distribution Dividend: 100.00; | 3120-000 | | $37.69 | $1,930.02 |
| 12/04/2013 | 3005 | FIA CARD SERVICES, N.A. as successor in | Claim #: 4; Amount Claimed: 10,018.21; Amount Allowed: 10,018.21; Distribution Dividend: 6.82; | 7100-000 | | $682.82 | $1,247.20 |
| 12/04/2013 | 3006 | US BANK N.A. | Claim #: 5; Amount Claimed: 500.00; Amount Allowed: 500.00; Distribution Dividend: 6.82; | 7100-000 | | $34.08 | $1,213.12 |
| 12/04/2013 | 3007 | Capital Recovery V, LLC/ GE Capital Retail Bank | Claim #: 6; Amount Claimed: 1,558.50; Amount Allowed: 1,558.50; Distribution Dividend: 6.82; | 7100-000 | | $106.22 | $1,106.90 |
| 12/04/2013 | 3008 | eCAST Settlement Corporation, assignee of | Claim #: 7; Amount Claimed: 5,954.28; Amount Allowed: 5,954.28; Distribution Dividend: 6.82; | 7100-900 | | $405.83 | $701.07 |
| 12/04/2013 | 3009 | PYOD, LLC its successors and assigns as assignee of | Claim #: 8; Amount Claimed: 258.62; Amount Allowed: 258.62; Distribution Dividend: 6.82; | 7100-900 | | $17.63 | $683.44 |
| 12/04/2013 | 3010 | Portfolio Recovery Assoc., LLC successor to US Bk | Claim #: 9; Amount Claimed: 2,196.45; Amount Allowed: 2,196.45; Distribution Dividend: 6.82; | 7100-900 | | $149.71 | $533.73 |
| 12/04/2013 | 3011 | Portfolio Recovery Assoc., LLC successor to US Bk | Claim #: 10; Amount Claimed: 3,813.20; Amount Allowed: 3,813.20; Distribution Dividend: 6.82; | 7100-900 | | $259.90 | $273.83 |
| 12/04/2013 | 3012 | Discover Bank | Claim #: 1; Amount Claimed: 2,751.31; Amount Allowed: 2,751.31; Distribution Dividend: 6.82; | 7100-900 | | $187.52 | $86.31 |
| 12/04/2013 | 3013 | Nordstrom fsb | Claim #: 2; Amount Claimed: 740.87; Amount Allowed: 740.87; Distribution Dividend: 6.82; | 7100-900 | | $50.50 | $35.81 |
| | | | **SUBTOTALS** | | $7,181.16 | $7,145.35 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-20311-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8041 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | **-***8042 | Account Title: | |
| For Period Beginning: | 5/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/15/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/04/2013 | 3014 | FIA CARD SERVICES, N.A. as successor in interest | Claim #: 3; Amount Claimed: 525.38; Amount Allowed: 525.38; Distribution Dividend: 6.82; | 7100-900 | | $35.81 | $0.00 |
| | | | **TOTALS:** | | $7,181.16 | $7,181.16 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,181.16 | $7,181.16 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $7,181.16 | $7,181.16 | |

| For the period of 5/18/2012 to 1/15/2014 | | For the entire history of the account between 02/08/2013 to 1/15/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,181.16 | Total Compensable Receipts: | $7,181.16 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,181.16 | Total Comp/Non Comp Receipts: | $7,181.16 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,181.16 | Total Compensable Disbursements: | $7,181.16 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,181.16 | Total Comp/Non Comp Disbursements: | $7,181.16 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 3
Exhibit 9

Case 12-20311  Doc 61  Filed 02/05/14  Entered 02/05/14 14:45:01  Desc Main
Document      Page 10 of 10

CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 12-20311-ERW | **Trustee Name:** | David Leibowitz |
| --- | --- | --- | --- |
| **Case Name:** | CAMILIERE, JACK J. AND CAMILIERE, CARLA L. | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8041 | **Checking Acct #:** | ******1101 |
| **Co-Debtor Taxpayer ID #:** | **-***8042 | **Account Title:** | |
| **For Period Beginning:** | 5/18/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/15/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $7,181.16 | $7,181.16 | $0.00 |

**For the period of 5/18/2012 to 1/15/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,181.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,181.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,181.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,181.16 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/18/2012 to 1/15/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $7,181.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,181.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,181.16 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,181.16 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ